TRINA A. HIGGINS, United States Attorney (7349)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
NATHAN H. JACK, Assistant United States Attorney (17074)
ANNE E. RICE, Assistant United States Attorney (7971)
Attorneys for National Mediation Board
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
Email: amanda.berndt@usdoj.gov, nathan.jack@usdoj.gov, anne.rice@usdoj.gov

JOSHUA J. ELLISON
MATT HARRIS
Attorneys for Air Line Pilots Association, International
7950 Jones Branch Drive, Suite 400S
McLean, Virginia 22101
(703) 481-2447
Email: Joshua.Ellison@alpa.org, Matt.Harris@alpa.org

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| BREEZE AVIATION GROUP, INC., | : | |
| | : | |
| Plaintiff/Appellant, | : | |
| | : | No. 23-4079 |
| vs. | : | |
| | : | |
| NATIONAL MEDIATION BOARD, | : | |
| | : | STIPULATED JOINT MOTION FOR |
| Defendant/Appellee | : | 30-DAY EXTENSION OF TIME TO |
| | : | FILE APPELLEES' BRIEFS |
| and | : | |
| | : | |
| AIR LINE PILOTS ASSOCIATION | : | |
| INTERNATIONAL, aka ALPA. | : | |
| | : | |
| Defendant-Intervenor/ | : | |
| Appellee. | | |

Appellees National Mediation Board (NMB) and Air Line Pilots Association, International (ALPA), through their undersigned counsel, move the Court, pursuant to 10th Cir. R. 27.6, for a 30-day extension, up to and including January 12, 2024, in which to file their response briefs.

In support of the requested relief, undersigned counsel state as follows:

1. Appellees' briefs currently are due on December 13, 2023. Counsel request additional time in which to complete the briefs in this case due to the complexity of the issues, the Appellees' need to coordinate, the U.S. Attorney's Office's internal review procedures, NMB counsel's mandatory work-related travel, and involvement in other litigation that presents scheduling conflicts.

Even exercising due diligence and giving priority to the briefs, Counsel cannot complete them by the current December 13, 2023 deadline. In light of caseloads in the Appellees' respective offices, no other attorneys are currently in a better position than undersigned counsel to complete the briefs in this case sooner than the requested date.

2. No previous extensions have been requested. Appellant's counsel have no objection to this motion.

WHEREFORE, the National Mediation Board and ALPA respectfully request a 30-day extension, up to and including January 12, 2023, in which to file their response briefs.

RESPECTFULLY SUBMITTED this 4th day of December, 2023.

                TRINA A. HIGGINS
                United States Attorney

                /s/ *Anne E. Rice*
                ANNE E. RICE
                Assistant United States Attorney
                *Attorneys for National Mediation Board*

                /s/ *Joshua J. Ellison (signed with permission)*
                Joshua J. Ellison
                Matthew S. Harris
                *Attorneys for Air Line Pilots Association, International*

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 4, 2023, I electronically filed the foregoing STIPULATED JOINT MOTION FOR 30-DAY EXTENSION OF TIME TO FILE APPELLEES' BRIEFS using the court's CM/ECF system, which will send notification of such filing to the following:

    Jonathan O. Hafen
    jhafen@parrbrown.com
    Cheylynn Hayman
    chayman@parrbrown.com
    Austin J. Riter
    ariter@parrbrown.com
    *Attorneys for Breeze Aviation Group, Inc.*

                                        */s/ Stephanie Reinhart*
                                        STEPHANIE REINHART
                                        Paralegal