Case No. 23-4079

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| BREEZE AVIATION GROUP, INC., <br><br> Plaintiff/Appellant, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> Defendant/Appellee, <br><br> and <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant-Intervenor/ Appellee. | APPELLANT BREEZE AVIATION GROUP, INC.'S NOTICE OF NO REPLY BRIEF AND CONTINUED REQUEST FOR ORAL ARGUMENT <br><br><br> Oral Argument Requested |

On Appeal from
The United States District Court for the District of Utah
(Civil No. 2:22-cv-00514-TC-JCB - Judge Tena Campbell)

 

Jonathan O. Hafen (UT 6096)
Cheylynn Hayman (UT 9793)
Austin J. Riter (UT 11755)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
jhafen@parrbrown.com
chayman@parrbrown.com
ariter@parrbrown.com

*Attorneys for Plaintiff/Appellant Breeze Aviation Group Inc.*

Appellant Breeze Aviation Group, Inc. (Breeze) respectfully submits this notice to inform the Court that Breeze does not intend to file a reply brief in the above-captioned appeal because the Principal Briefs of Appellees National Mediation Board and Air Line Pilots Association, International did not raise any arguments or issues that were not already addressed in Breeze's Principal Brief and no reply brief is necessary under Federal Rule of Appellate Procedure 28.

RESPECTFULLY SUBMITTED this 2nd day of February, 2024.

>PARR BROWN GEE & LOVELESS
>
>/s/ Austin J. Riter
>Jonathan O. Hafen
>Cheylynn Hayman
>Austin J. Riter
>
>Attorneys for Plaintiff/Appellant
>Breeze Aviation Group Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2024, I caused a true and correct copy of the foregoing APPELLANT BREEZE AVIATION GROUP, INC.'S NOTICE OF NO REPLY BRIEF AND CONTINUED REQUEST FOR ORAL ARGUMENT to be filed via the CM/ECF System, which sent notification of such filing to the following:

Amanda A. Berndt (amanda.berndt@usdoj.gov)
Nathan H. Jack (nathan.jack@usdoj.gov)
Anne E. Rice (anne.rice@usdoj.gov)
Attorneys for the United States of America
111 South Maine Street, Suite 1800
Salt Lake City, Utah 84111
*Counsel for Respondent National Mediation Board*

Erik Strindberg (erik@utahjobjustice.com)
Strindberg Scholnick Birch Hallam Harstad Thorne
40 South 600 East
Salt Lake City, Utah 84102
*Attorneys for Respondent-Intervenor*
*Airline Pilots Association, International*

Joshua J. Ellison (Joshua.ellison@alpa.org)
Matt S. Harris (matt.harris@alpa.org)
Airline Pilots Association, International
7950 Jones Branch Drive, Suite 400S
McLean, Virginia 22102
*Attorneys for Respondent-Intervenor*
*Airline Pilots*

/s/ Austin J. Riter