Jonathan O. Hafen (6096) (jhafen@parrbrown.com)
Cheylynn Hayman (9793) (chayman@parrbrown.com)
Austin J. Riter (11755) (ariter@parrbrown.com)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Appellant Breeze Aviation Group, Inc.*

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

| | |
|---|---|
| BREEZE AVIATION GROUP, INC., <br><br> Plaintiff/Appellant, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> Defendant/Respondent, <br><br> and <br><br> AIRLINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> Defendant-Intervenor/ Respondent. | **UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT FILED BY APPELLANT BREEZE AVIATION GROUP, INC.** <br><br> Case No. 23-4079 <br><br> Dist. Docket: 2:22-CV-00514-TC |

Appellant Breeze Aviation Group, Inc. ("Breeze") respectfully submits this unopposed motion to reschedule the currently noticed May 14, 2024 oral argument date in this appeal.

The grounds for this Motion are that the undersigned Breeze lead counsel, who will handle the oral argument on Breeze's behalf, will be in trial on May 14, 2024, in the matter of American Preparatory Schools, Inc v. Laura Campbell (Case 190908950). Counsel for Breeze have informed counsel for Respondent National Mediation Board ("NMB") and counsel for Respondent Airline Pilots Association, International ("ALPA") of the scheduling conflict. Neither counsel for NMB nor counsel for ALPA oppose vacating the setting.

This case cannot be submitted on the briefs in lieu of rescheduling oral argument. Oral argument will materially assist the Court's disposition of this appeal because some of the issues raised are novel and complex and require an understanding of a specialized area of the law—the Railway Labor Act, 45 U.S.C. § 151 *et seq*.

This motion proposes rescheduling argument to a future oral argument session of the Court. The following future oral argument sessions of the Court have been cleared with <u>all</u> arguing counsel: September 23-25, 2024, and November 18-22, 2024

Accordingly, Breeze respectfully requests that the Court reschedule the currently noticed May 14, 2024 oral argument date to a date within September 23-25, 2024, and November 18-22, 2024.

RESPECTFULLY SUBMITTED this 25th day of March, 2024.

PARR BROWN GEE & LOVELESS, P.C.

/s/ Jonathan O. Hafen
Jonathan O. Hafen
Cheylynn Hayman
Austin J. Riter
*Attorneys for Appellant Breeze Aviation Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024 I filed the foregoing **UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT FILED BY APPELLANT BREEZE AVIATION GROUP, INC.** with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Amanda A. Berndt (amanda.berndt@usdoj.gov)
Nathan H. Jack (nathan.jack@usdoj.gov)
Anne E. Rice (anne.rice@usdoj.gov)
Attorneys for the United States of America
111 South Maine Street, Suite 1800
Salt Lake City, Utah 84111
*Counsel for Respondent National Mediation Board*

Jonathan K. Thorne (jonathan@utahjobjustice.com)
Strindberg Scholnick Birch Hallam Harstad Thorne
40 South 600 East
Salt Lake City, Utah 84102
*Attorneys for Respondent-Intervenor*
*Airline Pilots Association, International*

Joshua J. Ellison (Joshua.ellison@alpa.org)
Matt S. Harris (matt.harris@alpa.org)
Airline Pilots Association, International
7950 Jones Branch Drive, Suite 400S
McLean, Virginia 22102
*Attorneys for Respondent-Intervenor*
*Airline Pilots Association, International*

/s/ Jonathan O. Hafen
Jonathan O. Hafen