FILED
United States Court of Appeals
Tenth Circuit

April 9, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

BREEZE AVIATION GROUP, INC.,

    Plaintiff - Appellant,

v.

NATIONAL MEDIATION BOARD,

    Defendant - Appellee,

and

AIR LINE PILOTS ASSOCIATION INTERNATIONAL,

    Defendant Intervenor - Appellee.

No. 23-4079
(D.C. No. 2:22-CV-00514-TC)
(D. Utah)

_____

**ORDER**

_____

This matter is before the court on the Unopposed Motion to Reschedule Oral Argument Filed by Appellant Breeze Aviation Group, Inc. The motion is granted. Oral argument scheduled for May 14, 2024, is vacated and counsel scheduled to appear are excused from attendance at oral argument in Denver, Colorado.

                                    Entered for the Court

                                    CHRISTOPHER M. WOLPERT, Clerk